UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEMILLE BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>CIVIL CONSTRUCTORS, LLC,<br><br>    Defendant. | Case No. 3:22-cv-00050<br><br>Judge Eli J. Richardson<br>Magistrate Judge Alistair E. Newbern |

## ORDER

In the initial case management order (Doc. No. 12) and in a telephone conference with the Magistrate Judge (Doc. No. 14), counsel were directed to file a joint status report regarding their case resolution efforts within 14 days after the conclusion of fact discovery. Fact discovery concluded on November 18, 2022, and no status report has been filed. The parties are ORDERED to file a joint status report by December 12, 2022.

It is so ORDERED.

ALISTAIR E. NEWBERN
United States Magistrate Judge