UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Demille Brown
                    Plaintiff,

v.                                                    Case No.: 3:22−cv−00050

Civil Constructors, LLC
                    Defendant,

## ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 9/15/2023 re [23].

                                                                       Lynda M. Hill
                                                    s/ Kim Chastain, Deputy Clerk